UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY S. WILLIAMS and
ELIZABETH WILLIAMS,
husband and wife,

        Plaintiffs,

v.                                                                                     8:11-cv-

KATHLEEN BENWAY, et al.

        Defendants.
_____/

## NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

     Pursuant to 28 U.S.C. § 1442(a)(1), § 1446(a), and §2679(d)(2), the defendant, Kathleen Benway, by and through the undersigned Assistant United States Attorney, without submitting to the jurisdiction of this Court or waiving any available defenses, hereby files this Notice of Removal of the above-captioned case and in support thereof states as follows:

     1.    The case entitled Anthony S. Williams and Elizabeth Williams, husband and wife, v. Kathleen Benway and PV Holding Corp., a foreign profit corporation, through its Registered Agent, Corporation Service Company, 1201 Hays Street, Tallahassee, FL, Case No 11-CA-2637, is currently pending in the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida.  No trial has been set. According to Plaintiffs, Ms. Kathleen Benway operated a vehicle carelessly

and negligently, and changed lanes without regard to Plaintiff Anthony S. Williams, causing him to crash his motorcycle and to sustain injuries.

2.     Defendant, Kathleen Benway, is a current employee of the Federal Trade Commission and was acting within the scope of her employment for the purposes of the Federal Tort Claims Act, 28 U.S.C. §§ 2671-80 and 28 C.F.R. § 15.4.  She was on official travel in Florida from Friday, May 2, 2007 through Monday, May 7, 2007, and was authorized to rent a car at the Commission's expense during the entire duration of her stay in Florida.  She rented the vehicle from Avis Rent-A-Car, which at the time was owned by PV Holding Corp.

3.     The State court action is removed pursuant to 28 U.S.C. § 2679(d)(2), which permits removal of an action alleging a wrongful act or omission by a federal employee acting within the course and scope of her employment.  A certification by the U.S. Attorney attesting that Defendant, Kathleen Benway, was acting within the course and scope of her employment will be filed in the United States District Court pursuant to 28 U.S.C. § 2679(d)(2).

4.     The State court action may also be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1) because the plaintiffs bring this action against an employee of the United States.

5.     A copy of the complete contents of the Circuit Court file is attached consistent with the requirements of Rule 4.02(b), Local Rules, Middle District of Florida. See Attachment 1.

6.     In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of the Twelfth Judicial Circuit in and for

Manatee County.

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446 and 2679(d), Defendant, Kathleen Benway, requests that this action be removed to the United States District Court for the Middle District of Florida, Tampa Division, from the Circuit of the Twelfth Judicial Circuit, Manatee County, Florida, where the action is currently pending.

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney

By:   s/ *E. Kenneth Stegeby*
       E. KENNETH STEGEBY
       Assistant United States Attorney
       USAO No. 112
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone: (813) 274-6087
       Facsimile:   (813) 274-6198
       Email:       Kenneth.Stegeby@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via regular U.S. Mail, this 16th day of August, 2011, to:

Thomas P. Flynn, Esquire
Legler & Flynn
2027 Manatee Avenue W.
Bradenton, FL 34205

        s/*E. KENNETH STEGEBY*
       **E. KENNETH STEGEBY**
       Assistant United States Attorney