IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

2011 APR 19 PM 12: 30

ANTHONY S. WILLIAMS and
ELIZABETH WILLIAMS,
husband and wife,

        Plaintiffs,

vs.

**11 CA 02637**

CASE NO:
(Jury Demand Endorsed Hereon)

KATHLEEN BENWAY and
PV HOLDING CORP., a foreign
profit corporation, through its
Registered Agent, Corporation Service Company,
1201 Hays Street, Tallahassee, FL 32301,

        Defendants.

_____/

## COMPLAINT
(Motor Vehicle Negligence)

NOW COME the Plaintiffs, through their attorney, and asserts this Complaint against Defendant Kathleen Benway and Defendant PV Holding Corp. Plaintiffs allege the following:

### GENERAL ALLEGATIONS

1. This is an action brought by the Plaintiffs against the Defendants, for monetary damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of costs, interest and attorney's fees.

2. This is an action brought by the Plaintiffs against the Defendants, based upon motor vehicle negligence.

3. This is an action brought by the Plaintiffs against the Defendants, as a result of bodily injuries sustained by Plaintiff Anthony S. Williams on the 4th day of May, 2007, at or near State

Road 70, or 53rd Avenue East, and 15th Street East, in the City of Bradenton, County of Manatee, and State of Florida.

4. Plaintiffs, Anthony S. Williams and Elizabeth Williams, husband and wife, are natural persons, who at all times material to this case have resided at 612 50th Avenue West, Bradenton, Florida 34207.

5. Defendant Kathleen Benway is a natural person, believed to reside at 426 N. Edgewood Street, Arlington, Virginia 22201.

6. Defendant PV Holding Corp., is a foreign profit corporation. The principal address is 300 Centre Pointe Drive, Virginia Beach, Virginia 23462. The designated Registered Agent is Corporation Service Company, 1201 Hayes Street, Tallahassee, Florida 32301.

7. Jurisdiction of the Defendants is asserted by virtue of Florida Statute, §48.71. As nonresident Defendants, they are subject to the jurisdiction of this Court by virtue of committing a tortious act within the State of Florida and by virtue of being the operator or owner of any motor vehicle, who accepts the privilege extended by the laws of the State of Florida to nonresident operators and owners, of operating a motor vehicle or of having it operated, or of permitting any motor vehicle owned or leased, or controlled by him or her, or to be operated with his or her knowledge, permission, acquiescence or consent, within the State of Florida.

## COUNT I

8. Plaintiffs reaver and restate each allegation set forth in paragraphs 1-7, inclusive, as if fully recited herein.

9. Plaintiffs state that on the 4th day of May, 2007, at or near State Road 70 and 15th Street East, in the City of Bradenton, County of Manatee, and State of Florida, Defendant Kathleen Benway negligently operated a certain automobile, by carelessly and negligently changing lanes

without regard to Plaintiff Anthony S. Williams, who was lawfully operating a motorcycle, thereby causing Plaintiff Anthony S. Williams to crash his motorcycle.

10. As a direct and proximate result of the negligence of Defendant Kathleen Benway, Plaintiff Anthony S. Williams crashed the motorcycle and suffered serious bodily injuries. He required extensive medical care and treatment. He incurred medical charges. He needs surgery. He will incur future medical charges. He lost wages. He will lose future wages. He has suffered and will continue to suffer in the future. He has lost enjoyment of life and will continue to suffer said loss in the future. He has experienced anxiety and emotional distress. He has suffered or experienced permanent physical impairment and permanent disability. His injuries and losses are continuing and ongoing. His pain continues since the incident.

## COUNT II

11. Plaintiffs reaver and restate paragraphs 1-10, inclusive, as if fully recited herein.

12. Defendant PV Holding Corp., was the owner of the automobile that Defendant Kathleen Benway was permissively operating at the time of the accident described above, and accordingly, Defendant PV Holding Corp., is negligent pursuant to the laws of the State of Florida.

## COUNT III

13. Plaintiffs reaver and restate paragraphs 1-12, inclusive, as if fully recited herein.

14. Plaintiffs Anthony S. Williams and Elizabeth Williams are husband and wife, and have continually remained such at all times material to the allegations set forth in this Complaint.

15. Plaintiff Elizabeth Williams has lost the full measure of her husband's companionship and affection as a direct and proximate result of her husband's injuries caused by the Defendants. Plaintiff Elizabeth Williams therefore asserts her claim for loss of consortium

## GLOBAL PRAYER/DEMAND

Plaintiffs Anthony S. Williams and Elizabeth Williams respectfully demand a monetary judgment against Defendant Kathleen Benway and Defendant PV Holding Corp., for all damages suffered by the Plaintiffs, in an amount to be determined by a jury, plus a recovery of costs, interest, and such further relief as may be appropriate by law or equity.

## JURY DEMAND

Plaintiffs Anthony S. Williams and Elizabeth Williams respectfully demand a trial by jury on all issues that are so triable.

Dated this _15_ day of April, 2011.

_____
THOMAS P. FLYNN, ESQUIRE
Legler & Flynn
2027 Manatee Avenue W
Bradenton, FL 34205
(941) 748-5599; Fax: (941) 747-2371
Email: tom@leglerflynn.com
Florida Bar No. 0578312
Attorney for Plaintiffs