UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY S. WILLIAMS and
ELIZABETH WILLIAMS,

    Plaintiffs,

v.                                              CASE NO.: 8:11-cv-1840-T-23TGW

KATHLEEN BENWAY and PV
HOLDING CORP.,

    Defendants.
_____/

## ORDER

PV Holding Corp.'s motion (Doc. 6) for sanctions is **DENIED**. Because the action against PV Holding Corp. was dismissed in state court in June, 2011, the clerk is directed to terminate PV Holding Corp. as a party.

ORDERED in Tampa, Florida, on December 14, 2011.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE